ANNA M. SIMMS, Respondent, v. STAMFORD HALL COMPANY, Appellant.— Motion for stay of all proceedings pending the hearing and determination of appeal granted upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. In the event that the decision upon the appeal is adverse to defendant, time to answer extended for five days after the determination of the appeal. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN P. TIERNAN and WILLIAM P. TIERNAN, Appellants, v. WILLIAM H. DIEHL and ANNA J. DIEHL, Respondents.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

VILLAGE OF GREAT NECK ESTATES, Appellant, v. BEMAK & LEHMAN, etc., and Others, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BEATRICE ALBANESE, Appellant, v. JOSEPH MATUSON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

GUISEPPE ALBANESE, Appellant, v. JOSEPH MATUSON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE THAYER-WEST POINT HOTEL CORPORATION and Others, Defendants. EDWARD J. KELLY, as Trustee in Bankruptcy, etc., and AMERICAN TRUST COMPANY, as Trustee, etc., Appellants.— Order appointing receivers affirmed, with ten dollars costs and disbursements. (Barrett v. Palmer, 135 N. Y. 336; Chicago & Pacific Railway Co. v. McGlinn, 114 U. S. 542.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

LOUIS ARONSON and ABE GOLDBERG, Appellants, v. MAX J. BASS, Respondent.— Judgment and order reversed upon the law and a new trial granted, costs to abide the event. The trial court committed error in directing that the summation be had in the absence of the justice presiding and the official stenographer. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

JAMES BRADDISH, Respondent, v. ROMAN TAXI CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JAMES G. CRESPO, Respondent, v. MORRIS GERBER and MORTIMER A. HUSTED, JR., Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.